GERRITY COMPANY, INC. *v.* SPENCOR CONSTRUCTION
COMPANY, INC., ET AL.
(11669)

DUPONT, C. J., O'CONNELL and LANDAU, Js.

Argued May 10—decision released June 29, 1993

*Richard F. Paladino,* for the appellant (defendant Gordon Kirkman).

*Joseph Glass,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.